## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. GERALDINE J. JOHNSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-20-18-JD |
| S. BLAKE KELLY, M.D., and KELLY MEDICAL, P.C., d/b/a OKLAHOMA PAIN CENTER, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER STRIKING JUDICIAL SETTLEMENT CONFERENCE

After recent discussions with the parties, the undersigned sua sponte **STRIKES** the judicial settlement conference scheduled for **9:00 a.m. on May 13, 2026.** The parties will be contacted soon to schedule a new date for the settlement conference.

**IT IS SO ORDERED** this 11th day of May, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE